RIVERSIDE CAPITAL ADVISORS, INC., Appellant, and WINCHESTER GLOBAL TRUST COMPANY LIMITED, Respondent, v FIRST SECURED CAPITAL CORP. et al., Appellants, et al., Defendants. THOMAS B. DONOVAN et al., Nonparty Appellants.

Submitted May 22, 2006; decided July 6, 2006

Motion by Riverside Capital Advisors, Inc., First Secured Capital Corporation, the Thomas B. Donovan Family Trust, Thomas B. Donovan and Pamela Donovan for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RIVERSIDE CAPITAL ADVISORS, INC., Respondent, and WINCHESTER GLOBAL TRUST COMPANY LIMITED, Appellant, v FIRST SECURED CAPITAL CORP. et al., Respondents, et al., Defendants. THOMAS B. DONOVAN et al., Nonparty Respondents.

Submitted May 22, 2006; decided July 6, 2006

On the Court's own motion, appeal by Winchester Global Trust Company Limited dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution; motion by Winchester Global Trust Company Limited for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.